Certificate Number: 15725-CAC-CC-041062198



15725-CAC-CC-041062198

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 5, 2026, at 5:48 o'clock PM EDT, Elda Alvarez received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Central District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 5, 2026                By:    /s/Daniel  Alfredo Medina Mujica

Name:  Daniel  Alfredo Medina Mujica

Title:  Issuer

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).