| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy** <br> **Benjamin Heston** <br> **3090 Bristol Street #400** <br> **Costa Mesa, CA 92626** <br> **Phone: (949) 312-1377** <br> **Email: ben@nexusbk.com** <br> **Bar Number: 297798** <br> **Attorney for Debtor** <br><br> ☐ *Debtor(s) appearing without an attorney* <br> ☑ **Attorney for Debtor(s)** | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re: <br><br> **Abraham Alvarez** <br> **Elda Alvarez** <br><br><br><br><br><br> Debtor(s). | CASE NO.: <br> CHAPTER: 7 <br><br> **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE** <br><br> **[11 U.S.C. § 521(a)(1)(B)(iv)]** <br><br> [No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1.  ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:    06/04/2026      Abraham Alvarez _____      _____

                         Printed name of Debtor 1                        Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 1                                    **F 1002-1.EMP.INCOME.DEC**

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2.  ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

During the 60-day period before the Petition Date (*Check only ONE box below*):

☑ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date:    06/04/2026    Elda Alvarez_____

Printed name of Debtor 2

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                Page 2                          F 1002-1.EMP.INCOME.DEC

LAKE ELSINORE UNIFIED SCHOOL DISTRICT

Payroll

**10 M**

Employee

**247711   ELDA CHANELLE ALVAREZ**

SSN
XXX-XX-8783

| Warrant | Issued | Period |
|---|---|---|
| 24771110M | 04/30/2026 | Ending 04/30/2026 |

| Earnings | Units | Rate | This Period |
|---|---|---|---|
| SALARY | | | 6,940.48 |
| EXTRA DUTY | 1.50 | 65.810 | 98.72 |

| Payroll Deductions | This Period | YTD |
|---|---|---|
| FEDERAL TAXES | 219.89 | 1,081.71 |
| STATE TAXES | 157.58 | 776.20 |
| SDI | 0.00 | 0.00 |
| SOCIAL SECURITY | 0.00 | 0.00 |
| MEDICARE | 84.75 | 420.87 |
| *RETIREMENT | 718.35 | 3,571.61 |
| *AMERICAN FIDELITY | 150.00 | 750.00 |
| *KAISER-30-DELTA | 1,044.69 | 5,223.45 |
| CTA MEMBERSHIP FEE | 135.70 | 678.50 |

**Leave Activity Through**

| Type | Begin | Earned | Used | End |
|---|---|---|---|---|
| P/N | | | 14:00 | |
| SICK | 66:26 | | | 52:26 |
| VACATION | 0:00 | | | 0:00 |

**Benefits Paid By Your Employer On Your Behalf**

| | This Period |
|---|---|
| KAISER-30-DELTA | 1,196.91 |
| MADISON NATIONAL LIFE | 7.64 |
| MEDICARE | 84.75 |
| OTHER POST-EMPLOYMENT BENEFITS | 70.39 |
| STRS | 1,344.49 |
| UNEMPLOYMENT INSURANCE | 2.92 |
| WORKERS COMPENSATION | 35.20 |
| Total | 2,742.30 |

| Withholding | Federal | State |
|---|---|---|
| Filing Status & Criteria | M | S/0/0 |
| Additional Withholding | 0.00 | 0.00 |
| Dependents | 0.00 | |
| Other Income | 0.00 | |
| Deductions | 0.00 | |

| | This Period | YTD |
|---|---|---|
| **Gross Earnings** | 7,039.20 | 34,998.56 |
| Less *Pre-Tax Deductions | 1,913.04 | 9,545.06 |
| Taxable Earnings | 5,126.16 | 25,453.50 |
| Less Taxes & Deductions | 597.92 | 2,957.28 |
| **Net Pay** | 4,528.24 | 22,496.22 |

Message: YOUR CREDENTIAL SUBP  WILL EXPIRE ON 03/01/2024.  PLEASE CONTACT PERSONNEL FOR ADDITIONAL INFORMATION.

# NON-NEGOTIABLE
# This is NOT a check. This is a reprint of a paystub originally issued as a direct deposit.

For your reference, the direct deposit was issued on 4/30/2026 to the accounts and amounts shown to the right. If mailed, it would have been sent to this address:

| Account Type | Amount |
|---|---|
| CHECKING | $4,528.24 |

27422 STONECLIFF CT.
MENIFEE   CA   92586

LAKE ELSINORE UNIFIED SCHOOL DISTRICT

Payroll

**11 M**

Employee

**247711  ELDA CHANELLE ALVAREZ**

SSN
XXX-XX-8783

| Warrant | Issued | Period |
|---|---|---|
| 24771111M | 05/29/2026 | Ending 05/31/2026 |



| Earnings | Units | Rate | This Period |
|---|---|---|---|
| SALARY | | | 6,940.48 |
| TRAINING | 60.00 | 65.810 | 3,948.60 |

| Payroll Deductions | This Period | YTD |
|---|---|---|
| FEDERAL TAXES | 633.62 | 1,715.33 |
| STATE TAXES | 468.86 | 1,245.06 |
| SDI | 0.00 | 0.00 |
| SOCIAL SECURITY | 0.00 | 0.00 |
| MEDICARE | 140.57 | 561.44 |
| *RETIREMENT | 1,111.23 | 4,682.84 |
| *AMERICAN FIDELITY | 150.00 | 900.00 |
| *KAISER-30-DELTA | 1,044.69 | 6,268.14 |
| CTA MEMBERSHIP FEE | 135.70 | 814.20 |

**Leave Activity Through**

| Type | Begin | Earned | Used | End |
|---|---|---|---|---|
| P/N | | | | |
| SICK | 52:26 | | 7:00 | 45:26 |
| VACATION | 0:00 | | | 0:00 |

| Benefits Paid By Your Employer On Your Behalf | This Period |
|---|---|
| KAISER-30-DELTA | 1,196.91 |
| MADISON NATIONAL LIFE | 7.64 |
| MEDICARE | 140.57 |
| OTHER POST-EMPLOYMENT BENEFITS | 108.89 |
| STRS | 2,079.82 |
| UNEMPLOYMENT INSURANCE | 4.85 |
| WORKERS COMPENSATION | 54.45 |
| Total | 3,593.13 |

| Withholding | Federal | State |
|---|---|---|
| Filing Status & Criteria | M | S/0/0 |
| Additional Withholding | 0.00 | 0.00 |
| Dependents | 0.00 | |
| Other Income | 0.00 | |
| Deductions | 0.00 | |

| | This Period | YTD |
|---|---|---|
| **Gross Earnings** | **10,889.08** | **45,887.64** |
| Less *Pre-Tax Deductions | 2,305.92 | 11,850.98 |
| Taxable Earnings | 8,583.16 | 34,036.66 |
| Less Taxes & Deductions | 1,378.75 | 4,336.03 |
| **Net Pay** | **7,204.41** | **29,700.63** |

Message: YOUR CREDENTIAL SUBP WILL EXPIRE ON 03/01/2024. PLEASE CONTACT PERSONNEL FOR ADDITIONAL INFORMATION.

---

# NON-NEGOTIABLE
# This is NOT a check. This is a reprint of a paystub originally issued as a direct deposit.

For your reference, the direct deposit was issued on 5/29/2026 to the accounts and amounts shown to the right. If mailed, it would have been sent to this address:

27422 STONECLIFF CT.
MENIFEE  CA  92586

| Account Type | Amount |
|---|---|
| CHECKING | $7,204.41 |



# LAKE ELSINORE UNIFIED SCHOOL DISTRICT

**Payroll**
**12 M**

Employee
**247711**   **ELDA CHANELLE ALVAREZ**

SSN
XXX-XX-8783

| Warrant | Issued | Pay Period |
|---|---|---|
| 24771112M | 06/30/2026 | Ending 06/30/2026 |

| Earnings | Units | Rate | This Period | Payroll Deductions | This Period | YTD |
|---|---|---|---|---|---|---|
| SALARY | | | 6,940.48 | FEDERAL TAXES | 211.02 | 1,926.35 |
| | | | | STATE TAXES | 151.73 | 1,396.79 |
| | | | | SDI | 0.00 | 0.00 |
| | | | | SOCIAL SECURITY | 0.00 | 0.00 |
| | | | | MEDICARE | 83.31 | 644.75 |
| | | | | *RETIREMENT | 708.28 | 5,391.12 |
| | | | | *AMERICAN FIDELITY | 150.00 | 1,050.00 |
| | | | | *KAISER-30-DELTA | 1,044.69 | 7,312.83 |
| | | | | CTA MEMBERSHIP FEE | 135.70 | 949.90 |

**Leave Activity Through**

| Type | Begin | Earned | Used | End |
|---|---|---|---|---|
| P/N | | | | |
| SICK | 45:26 | | | 45:26 |
| VACATION | 0:00 | | | 0:00 |

**Benefits Paid By Your Employer On Your Behalf**

| | This Period |
|---|---|
| KAISER-30-DELTA | 1,196.90 |
| MADISON NATIONAL LIFE | 7.64 |
| MEDICARE | 83.31 |
| OTHER POST-EMPLOYMENT BENEFITS | 69.40 |
| STRS | 1,325.63 |
| UNEMPLOYMENT INSURANCE | 2.87 |
| WORKERS COMPENSATION | 34.70 |
| Total | 2,720.45 |

**Withholding**

| | Federal | State |
|---|---|---|
| Filing Status & Criteria | M | S/0/0 |
| Additional Withholding | 0.00 | 0.00 |
| Dependents | 0.00 | |
| Other Income | 0.00 | |
| Deductions | 0.00 | |

| | This Period | YTD |
|---|---|---|
| Gross Earnings | 6,940.48 | 52,828.12 |
| Less *Pre-Tax Deductions | 1,902.97 | 13,753.95 |
| Taxable Earnings | 5,037.51 | 39,074.17 |
| Less Taxes & Deductions | 581.76 | 4,917.79 |
| Net Pay | 4,455.75 | 34,156.38 |

Message: YOUR CREDENTIAL SUBP WILL EXPIRE ON 03/01/2024. PLEASE CONTACT PERSONNEL FOR ADDITIONAL INFORMATION.