Certificate Number: 14912-CAC-DE-041476509

Bankruptcy Case Number: 26-15456

14912-CAC-DE-041476509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 22, 2026, at 11:18 o'clock PM EDT, Elda Alvarez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: September 22, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor