United States Bankruptcy Court
Central District of California

In re: Case No. 26-15456-SY
Abraham Alvarez Chapter 7
Elda Alvarez
Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6 User: admin Page 1 of 2
Date Rcvd: Oct 30, 2026 Form ID: 318a Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Abraham Alvarez, Elda Alvarez, 27422 Stonecliff Ct, Menifee, CA 92586-5323 |
| 43374964 | | DISNEY DESTINATIONS, PO BOX 10000, LAKE BUENA VISTA, FL 32830-1000 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: CALTAXFEE | Oct 30 2026 21:14:00 | California Department of Tax and Fee Administratio, Collections Support Bureau, MIC 29, PO Box 942879, Sacramento, CA 94279-0029 |
| smg | EDI: EDD.COM | Oct 30 2026 21:14:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Oct 30 2026 21:14:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 43198251 | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 30 2026 18:02:45 | Affirm, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 43198252 | EDI: CAPITALONE.COM | Oct 30 2026 21:14:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 43198253 | EDI: CITICORP | Oct 30 2026 21:14:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 43198254 | EDI: CITICORP | Oct 30 2026 21:14:00 | Citibank / Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 43198255 | EDI: WFNNB.COM | Oct 30 2026 21:14:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 43198256 | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2026 18:02:33 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 43198257 | EDI: DISCOVER | Oct 30 2026 21:14:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 43198258 | EDI: AMINFOFP.COM | Oct 30 2026 21:14:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 43198259 | Email/Text: EBNBKNOT@ford.com | Oct 30 2026 17:29:00 | Ford Motor Credit, PO Box 35910, Cleveland, OH 44135-0910 |
| 43198260 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 30 2026 17:28:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 43198261 | EDI: IRS.COM | Oct 30 2026 21:14:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 43198262 | | EDI: JEFFERSONCAP.COM | Oct 30 2026 21:14:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 43198263 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2026 18:02:25 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 43198264 | | Email/Text: EBN@Mohela.com | Oct 30 2026 17:28:00 | MOHELA / Dept of Education, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 43198265 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 30 2026 17:28:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |
| 43198266 | | EDI: SYNC | Oct 30 2026 21:14:00 | Synchrony, PO Box 965036, Orlando, FL 32896-5036 |
| 43198267 | | EDI: SYNC | Oct 30 2026 21:14:00 | Synchrony / Lowes, Po Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Joint Debtor Elda Alvarez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Abraham Alvarez bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Larry D Simons (TR) | larry@janus.law c119@ecfcbis.com;nancy@lsimonslaw.com;simonsecf@gmail.com;keila@janus.law |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Abraham Alvarez<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5639 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Elda Alvarez<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–8783 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Central District of California | | |
| Case number: | 6:26–bk–15456–SY | | |

## Order of Discharge – Chapter 7

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Abraham Alvarez

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 10/19/26

Elda Alvarez

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 10/19/26

**Dated:** 10/19/26

**By the court:** Scott H. Yun
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**14/AUTU**

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**